IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CB9 |
| vs. | Violation No.: NE6 6010752 |
| LEILA R. TAJOURI, | ORDER TO REDUCE FINE AMOUNT |
| Defendant. | |

On the motion of the United States Attorney's Office, the Court accepts the payment $70.00 as full satisfaction of violation notice 6010752 NE-6 therefore reducing the fine amount from $80.00 to $70.00.

ORDERED this __24__ day of October, 2018.

BY THE COURT:

_____
SUSAN M. BAZIS
United States Magistrate Judge